UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALID KAMEL,<br><br>                      Plaintiff,<br><br>      -against-<br><br>BEST BUY CO., INC.,<br><br>                      Defendant. | Case No. 1:24-cv-00033 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 9, 2024, *pro se* Plaintiff Walid Kamel submitted two letters to the Court regarding filing an appeal. Dkts. 52, 53. This case was terminated on November 21, 2024, following a jury trial that concluded with a verdict in favor of Plaintiff. Dkt. 51. Plaintiff is instructed to direct any further communication related to a putative appeal to the Second Circuit.

The Second Circuit provides information about how to proceed with an appeal *pro se* on its website, which is available at

https://www.ca2.uscourts.gov/clerk/case_filing/appealing_a_case/pro_se/how_to_appeal_as_a_pro_se_party.html.

In addition, *pro se* parties may contact the *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). The City Bar Justice Center can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). The District Court's website also contains useful information regarding the litigation process for parties who are proceeding *pro se*, which is available at https://www.nysd.uscourts.gov/prose.

The Clerk of Court is directed to mail this order to the address Plaintiff provided in his *pro se* submission, Dkt. 53, 1966 1st Ave, NY, NY 10029.

Dated: December 11, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2